AO 436
(Rev. 04/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
**AUDIO RECORDING ORDER**

*Read Instructions.*

| 1. NAME Jason Buch | 2. PHONE NUMBER (956) 508-2531 | 3. EMAIL ADDRESS jbuchreporter@gmail.com |
|---|---|---|

| 4. MAILING ADDRESS 966 North Allen Place | 5. CITY Seattle | 6. STATE Washington | 7. ZIP CODE 98103 |
|---|---|---|---|

| 8. CASE NUMBER 9:18-cr-00020 | 9. CASE NAME USA v. Orellana | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 6/27/2018 | 11. TO 6/27/2018 |

| 12. PRESIDING JUDGE Keith F. Giblin | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Beaumont | 14. STATE Texas |

### 15. ORDER FOR

☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY

☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☒ OTHER *(Specify)* News media

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | Arraignment and detention hearing | 6/27/2018 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE Jason Buch | 19. DATE 7/10/2018 |
|---|---|

| PROCESSED BY | PHONE NUMBER |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**      COURT COPY      ORDER RECEIPT      ORDER COPY